Official Form 1 (4/07)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Petey Z's Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**DBA Petey Z's Italian Restaurant and Bar** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**20-5146150** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**18 No. Charles St.**<br>**Naperville, IL**<br><br>ZIP Code **60540** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Dupage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):  **1100 Douglas Rd.**<br>**Oswego, IL 60543** | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 100,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,001 to $100,000 | ■ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

**Official Form 1 (4/07)**                                                                                                              FORM B1, Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Petey Z's Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)                  (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (4/07)                                                                                                    FORM B1, Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Petey Z's Inc.** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney

X **/s/ Kent A. Gaertner**
Signature of Attorney for Debtor(s)

**Kent A. Gaertner 3121489**
Printed Name of Attorney for Debtor(s)

**Springer Brown Covey Gaertner & Davis, LLC**
Firm Name

**232 S. Batavia Ave.**
**Batavia, IL 60510**

Address

**Email: bcovey@springerbrown.com**
**630-879-9559  Fax: 630-879-9394**
Telephone Number

**June 27, 2007**
Date

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Lisa Zullo**
Signature of Authorized Individual

**Lisa Zullo**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 27, 2007**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 6D (10/06)

In re    **Petey Z's Inc.**                                        ,    Case No. _____

Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **003-7353733-002** | | | | Computers | | | | | |
| **Dell Financial Services** **PO Box 5292** **Carol Stream, IL 60197** | - | | | | | | | | |
| | | | | Value $                    0.00 | | | | 800.00 | 800.00 |
| Account No. **003-7353733-01** | | | | Computers | | | | | |
| **Dell Financial Services** **PO Box 5292** **Carol Stream, IL 60197** | - | | | | | | | | |
| | | | | Value $                    0.00 | | | | Unknown | Unknown |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

<u>  0  </u>  continuation sheets attached

| | Subtotal (Total of this page) | 800.00 | 800.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 800.00 | 800.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6E (4/07)

In re  **Petey Z's Inc.**                                                          ,    Case No. _____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**6**    continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6E (4/07) - Cont.

In re __Petey Z's Inc._____, Case No. _____

Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | June 10-16 | | | | | |
| Alejandro Lopez 612 Mansfield Way Oswego, IL 60543 | | - | | | | | | 0.00 |
| | | | | | | | 101.56 | 101.56 |
| Account No. | | | June 3-20 | | | | | |
| Alexx Dunk 386 Risen Star Lane Oswego, IL 60543 | | - | | | | | | 87.31 |
| | | | | | | | 129.31 | 42.00 |
| Account No. | | | June 10-20 | | | | | |
| Antonio Garcia 1340 Kenilworth Berwyn, IL 60402 | | - | | | | | | 0.00 |
| | | | | | | | 506.16 | 506.16 |
| Account No. | | | June 10-20 | | | | | |
| Brian Graziano 428 Camden Oswego, IL 60543 | | - | | | | | | 0.00 |
| | | | | | | | 44.58 | 44.58 |
| Account No. | | | June 10-20 | | | | | |
| Carla Zanoni 386 Risen Star Lane Oswego, IL 60543 | | - | | | | | | 0.00 |
| | | | | | | | 196.87 | 196.87 |

Sheet __1___ of __6___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 87.31 |
|---|---|---|
| | (Total of this page) | 978.48 | 891.17 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6E (4/07) - Cont.

In re **Petey Z's Inc.**,        Case No. _____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | June 10-20 | | | | | |
| Carlos Alemon 735 Sexton Street Aurora, IL 60505 | | - | | | | | | 0.00 |
| | | | | | | | 309.97 | 309.97 |
| Account No. | | | June 10-20 | | | | | |
| Danielle Debellis 914 Pearl Street Aurora, IL 60505 | | - | | | | | | 0.00 |
| | | | | | | | 123.93 | 123.93 |
| Account No. | | | June 10-20 | | | | | |
| Eric Dehainaut 249 Grays Drive Oswego, IL 60543 | | - | | | | | | 0.00 |
| | | | | | | | 239.34 | 239.34 |
| Account No. | | | June 3-16 | | | | | |
| Eric Koester 14 Royce Road Oswego, IL 60543 | | - | | | | | | 0.00 |
| | | | | | | | 194.29 | 194.29 |
| Account No. | | | June 10-20 | | | | | |
| Evaline Macak 51 Royce Rd. Oswego, IL 60543 | | - | | | | | | 0.00 |
| | | | | | | | 119.45 | 119.45 |

Sheet __2__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 986.98 | 986.98 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

Official Form 6E (4/07) - Cont.

In re    **Petey Z's Inc.**
_____ ,    Case No. _____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | June 10-20 | | | | | |
| Isidoro Garcia 2646 East Ave Berwyn, IL 60402 | | - | | | | | 530.81 | 0.00 / 530.81 |
| Account No. | | | June 3-16 | | | | | |
| Jay Graziano 428 Camden Circle Oswego, IL 60543 | | - | | | | | 116.39 | 0.00 / 116.39 |
| Account No. | | | May 27-June 20 | | | | | |
| Jessica Young 5 Crofton Road Oswego, IL 60543 | | - | | | | | 290.99 | 0.00 / 290.99 |
| Account No. | | | May 18-June 20 | | | | | |
| Jorge Lopez 612 Mansfield Way Oswego, IL 60543 | | - | | | | | 832.22 | 0.00 / 832.22 |
| Account No. | | | June 10-20 | | | | | |
| Josh Dillon 4 Briarcliff Rd. Montgomery, IL 60538 | | - | | | | | 61.65 | 0.00 / 61.65 |

Sheet __3__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)    0.00 / 1,832.06    1,832.06

Official Form 6E (4/07) - Cont.

In re   **Petey Z's Inc.**                                                    ,   Case No. _____

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>**Kimberly Baum**<br>**408 Beaver Court**<br>**Oswego, IL 60543** | - | | | June 3-16 | | | | 110.96 | 51.91<br><br>59.05 |
| Account No.<br><br>**Lauren Blusiewicz**<br>**756 Pinehurst Ct.**<br>**Oswego, IL 60543** | - | | | June 10-20 | | | | 91.12 | 0.00<br><br>91.12 |
| Account No.<br><br>**Lauren Lawson**<br>**626 Manhattan Circle**<br>**Oswego, IL 60543** | - | | | June 3-9 | | | | 62.24 | 0.00<br><br>62.24 |
| Account No.<br><br>**Leticia Terrazas**<br>**89 Rockledge Drive**<br>**Romeoville, IL 60446** | - | | | June 10-20 | | | | 82.67 | 0.00<br><br>82.67 |
| Account No.<br><br>**Maeghan Richmond**<br>**1705 Pontarelli Ct.**<br>**Aurora, IL 60504** | - | | | June 10-20 | | | | 159.72 | 0.00<br><br>159.72 |

Sheet __4__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 51.91
(Total of this page) | 506.71 | 454.80

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6E (4/07) - Cont.

In re  **Petey Z's Inc.**
                                                                    , Case No. _____
                                Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Pam Sauter<br>2032 Farmington Lakes<br>Oswego, IL 60543 | - | | June 10-20 | | | | 122.90 | 0.00<br><br>122.90 |
| Account No.<br><br>Samantha Stavola<br>713 Richmond Drive<br>Oswego, IL 60543 | - | | June 10-20 | | | | 73.64 | 0.00<br><br>73.64 |
| Account No.<br><br>Scott Signa<br>45 Whitney Way<br>Montgomery, IL 60538 | - | | June 3-20 | | | | 187.91 | 0.00<br><br>187.91 |
| Account No.<br><br>Tre Soto<br>421 Newport<br>Oswego, IL 60543 | - | | May 23-June 16 | | | | 236.56 | 0.00<br><br>236.56 |
| Account No. | | | | | | | | |

Sheet __5__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | 0.00 |
| (Total of this page) | 621.01 ... 621.01 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Official Form 6E (4/07) - Cont.

In re   **Petey Z's Inc.**                                                    ,        Case No. _____
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60602** | X | - | **4th Qtr 2006, 1st and 2nd Qtrs 2007**<br><br>**Sales Tax** | | | | **40,000.00** | | **0.00**<br><br>**40,000.00** |
| Account No.<br><br>**Internal Revenue Service ATTN: Centralized Insolvency PO Box 21126 Philadelphia, PA 19114** | X | - | **4th Qtr, 2006 ands 1st and 2nd Qtrs, 2007**<br><br>**Payroll Tax** | | | | **25,000.00** | | **0.00**<br><br>**25,000.00** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __6__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **65,000.00** | **0.00**<br>**65,000.00** |
| Total (Report on Summary of Schedules) | **69,925.24** | **139.22**<br>**69,786.02** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06)

In re    **Petey Z's Inc.**
_____ ,    Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **107009**<br><br>**Anderson Pest Control**<br>**219 West Diversey**<br>**Elmhurst, IL 60126** | - | | **Services** | | | | 55.14 |
| Account No. **PETEYZS**<br><br>**Aurora Ice Machine Rental**<br>**8704 West 98th Place**<br>**Palos Hills, IL 60465** | - | | **Trade Debt** | | | | 420.00 |
| Account No. **4246-3112-0406-5046**<br><br>**Chase Visa**<br>**PO BOX 15153**<br>**Wilmington, DE 19886** | - | | **Trade Debt** | | | | 16,655.03 |
| Account No. **petezs01**<br><br>**Ciccone Foods**<br>**40 West Fullerton Ave.**<br>**Addison, IL 60101-3712** | - | | **Trade Debt** | | | | 12,899.48 |
| __7__   continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 30,029.65 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:27339-070521    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Petey Z's Inc.**                                    ,          Case No. _____
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **68000047**<br><br>**Clever Ideas, Inc.**<br>**Two Prudential Plaza**<br>**Suite #5300**<br>**Chicago, IL 60601** | X | - | | **3/07 to 6/07**<br>**Services** | | | | 71,489.04 |
| Account No. **0255128137**<br><br>**Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | | - | | **Utilities** | | | | 1,554.54 |
| Account No. **56816083**<br><br>**Direct TV**<br>**PO Box 60036**<br>**Los Angeles, CA 90060** | | - | | **Trade Debt** | | | | 200.99 |
| Account No.<br><br>**Ed Don**<br>**2500 Harlem Ave.**<br>**Riverside, IL 60546** | | - | | | | | | 1,400.00 |
| Account No. **7302-8552-3609-0491**<br><br>**Exxon Mobil**<br>**Processing Center**<br>**Des Moines, IA 50361** | | - | | **Trade Debt** | | | | 1,223.11 |

Sheet no. __1__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **75,867.68**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Petey Z's Inc.**                                                        ,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **PETEYZS**<br><br>**Filter Fresh Chicago**<br>**36245 Treasury Center**<br>**Chicago, IL 60694** | | - | | | **Trade Debt** | | | | 1,256.19 |
| Account No. **609790**<br><br>**Fox Valley Fire and Safety**<br>**2730 Pinnacle Drive**<br>**Elgin, IL 60124** | | - | | | **Trade Debt** | | | | 114.50 |
| Account No. **PETEYZS**<br><br>**Fox Valley Winery**<br>**5600 Route 34**<br>**Oswego, IL 60543** | | - | | | **Trade Debt** | | | | 150.78 |
| Account No. **410027-20-113742-6**<br><br>**HFC**<br>**618 S. Route 59**<br>**Naperville, IL 60540** | | - | | | **Trade Debt** | | | | 6,051.76 |
| Account No. **PETEYZS**<br><br>**HRM Properties**<br>**300 North Lake Street**<br>**Montgomery, IL 60538** | | | | | **03/07-06/07**<br>**Lease of 1100 Douglas Rd.**<br>**Oswego, IL** | | | | 28,338.32 |

Sheet no. __2__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,911.55

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Petey Z's Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **745376** | | | Advertising | | | | |
| **In the News**<br>**8517 Sunstate Street**<br>**Tampa, FL 33634** | | - | | | | | 278.00 |
| Account No. **8406** | | | Advertising | | | | |
| **Keycard Promotions**<br>**PO Box 1314**<br>**Osseo, MN 55311** | | - | | | | | 195.00 |
| Account No. **P134** | | | Trade Debt | | | | |
| **Labriola Bakery**<br>**5324 W. 123rd Place**<br>**Alsip, IL 60803** | | - | | | | | 4,500.00 |
| Account No. **5513100** | | | Trade Debt | | | | |
| **Lezza Desserts**<br>**4009 St. Charles Road**<br>**Bellwood, IL 60104** | | - | | | | | 244.82 |
| Account No. **1-0491-0215** | | | Trade Debt | | | | |
| **Liturgical Publications, Inc**<br>**PO Box 510817**<br>**New Berlin, WI 53151** | | - | | | | | 86.25 |

Sheet no. __3__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **5,304.07**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Petey Z's Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **55580** <br><br> **Muzak** <br> **3318 Lakemont Blvd.** <br> **Fort Mill, SC 29708** | | - | | | Service | | | | 327.93 |
| Account No. **82-16-02-4891-8** <br><br> **Nicor Gas** <br> **PO Box 2020** <br> **Aurora, IL 60507** | | - | | | Trade Debt | | | | 292.36 |
| Account No. **66-16-43-3911-2** <br><br> **Nicor Gas** <br> **PO Box 2020** <br> **Aurora, IL 60507** | | - | | | Trade Debt | | | | 789.00 |
| Account No. **247770** <br><br> **NUCO2** <br> **PO Box 9011** <br> **Stuart, FL 34995** | | - | | | Trade Debt | | | | 250.00 |
| Account No. **PETEYZS** <br><br> **Oswego Currency** <br> **340 Douglas Road** <br> **Oswego, IL 60543** | | - | | | Services | | | | 1,067.47 |

Sheet no. __4__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,726.76**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Petey Z's Inc.**                                       ,      Case No. _____

                                  Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **PETEYZS** <br><br> **Oswegoland Park District** <br> **313 E. Washington St.** <br> **Oswego, IL 60543** | - | | Advertising | | | | 666.00 |
| Account No. **060918-2** <br><br> **Performance Chemical & Supply** <br> **22137 S. Governers HWY** <br> **Richton Park, IL 60471** | - | | Trade Debt | | | | 441.82 |
| Account No. **peteyzs** <br><br> **RJ Kuhn Plumbing** <br> **585 A RT 31** <br> **Oswego, IL 60543** | - | | Services | | | | 5,546.66 |
| Account No. **535-641-446** <br><br> **Society Insurance** <br> **150 Camelot Drive** <br> **PO Box 1029** | - | | Insurance | | | | 3,000.00 |
| Account No. **PETEYZS** <br><br> **Southern Wine & Spirits** <br> **300 E. Crossroads Parkway** <br> **Bolingbrook, IL 60440** | - | | Trade Debt | | | | 6,000.25 |

Sheet no. __5__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

           Subtotal
(Total of this page)        **15,654.73**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                       Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Petey Z's Inc.** _____,    Case No. _____
                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **PETEYZS**<br><br>**Suburban Chicago Newspapers**<br>**101 South River Street**<br>**Aurora, IL 60506** | | - | | **Advertising** | | | | **1,253.75** |
| Account No. **437863**<br><br>**Supreme Lobster**<br>**220 E. North Avenue**<br>**Villa Park, IL 60181** | | - | | **Trade Debt** | | | | **929.71** |
| Account No. **494328**<br><br>**Sysco Food**<br>**250 Wieboldt Drive**<br>**Des Plaines, IL 60016** | | - | | **Trade Debt** | | | | **1,016.71** |
| Account No.<br><br>**W.T.S. Restaurants, Inc.**<br>**c/o Steve Zervakis**<br>**3219 Kathryn Ct.**<br>**Burr Ridge, IL** | X | - | | **7/13/06**<br>**Personal loan to sole shareholder of Debtor to fund purchase of business.** | | | X | **75,000.00** |
| Account No.<br><br>**Representing:**<br>**W.T.S. Restaurants, Inc.** | | | | **John J McCluskey Jr.**<br>**Attorney at Law**<br>**1749 S. Naperville Rd., Ste. #103**<br>**Wheaton, IL 60187** | | | | |

Sheet no. __6___ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**78,200.17**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Petey Z's Inc.** , Case No. _____
_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **25**<br><br>**Waste Partners, LLC**<br>**PO BOX 862**<br>**Elburn, IL 60119** | - | | Waste | | | | 984.00 |
| Account No. **127912**<br><br>**York Corrugated Container**<br>**120 West Lake Street**<br>**Glendale Heights, IL 60139** | - | | Trade Debt | | | | 915.56 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __7__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 1,899.56 |
| | Total<br>(Report on Summary of Schedules) | 245,594.17 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Petey Z's Inc.**

_____   Case No. _____
Debtor(s)   Chapter   **7**   _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **3,500.00** |
| Prior to the filing of this statement I have received | $ | **3,500.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor   ☑ Other (specify):   **Shareholder of Debtor**

3. The source of compensation to be paid to me is:

   ☐ Debtor   ☑ Other (specify):   **Shareholder of Debtor**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Any post-petition services including attendance at 341 meeting; representation of the debtors in any dischargeability actions; judicial lien avoidances; relief from stay actions or any other adversary proceeding; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods or judgment liens.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **June 27, 2007**   _____   **/s/ Kent A. Gaertner** _____
**Kent A. Gaertner 3121489**
**Springer Brown Covey Gaertner & Davis, LLC**
**232 S. Batavia Ave.**
**Batavia, IL 60510**
**630-879-9559  Fax: 630-879-9394**
**bcovey@springerbrown.com**

---

Alejandro Lopez
612 Mansfield Way
Oswego, IL 60543


Alexx Dunk
386 Risen Star Lane
Oswego, IL 60543


Anderson Pest Control
219 West Diversey
Elmhurst, IL 60126


Antonio Garcia
1340 Kenilworth
Berwyn, IL 60402


Aurora Ice Machine Rental
8704 West 98th Place
Palos Hills, IL 60465


Brian Graziano
428 Camden
Oswego, IL 60543


Carla Zanoni
386 Risen Star Lane
Oswego, IL 60543


Carlos Alemon
735 Sexton Street
Aurora, IL 60505


Chase Visa
PO BOX 15153
Wilmington, DE 19886


Ciccone Foods
40 West Fullerton Ave.
Addison, IL 60101-3712


Clever Ideas, Inc.
Two Prudential Plaza
Suite #5300
Chicago, IL 60601

Commonwealth Edison
Bill Payment Center
Chicago, IL 60668-0001


Danielle Debellis
914 Pearl Street
Aurora, IL 60505


Dell Financial Services
PO Box 5292
Carol Stream, IL 60197


Dell Financial Services
PO Box 5292
Carol Stream, IL 60197


Direct TV
PO Box 60036
Los Angeles, CA 90060


Ed Don
2500 Harlem Ave.
Riverside, IL 60546


Eric Dehainaut
249 Grays Drive
Oswego, IL 60543


Eric Koester
14 Royce Road
Oswego, IL 60543


Evaline Macak
51 Royce Rd.
Oswego, IL 60543


Exxon Mobil
Processing Center
Des Moines, IA 50361


Filter Fresh Chicago
36245 Treasury Center
Chicago, IL 60694

Fox Valley Fire and Safety
2730 Pinnacle Drive
Elgin, IL 60124


Fox Valley Winery
5600 Route 34
Oswego, IL 60543


HFC
618 S. Route 59
Naperville, IL 60540


HRM Properties
300 North Lake Street
Montgomery, IL 60538


HRM Properties and Development LLC
300 N. Lake St.
Montgomery, IL 60538


Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60602


In the News
8517 Sunstate Street
Tampa, FL 33634


Internal Revenue Service
ATTN: Centralized Insolvency
PO Box 21126
Philadelphia, PA 19114


Isidoro Garcia
2646 East Ave
Berwyn, IL 60402


Jay Graziano
428 Camden Circle
Oswego, IL 60543


Jessica Young
5 Crofton Road
Oswego, IL 60543

John J McCluskey Jr.
Attorney at Law
1749 S. Naperville Rd., Ste. #103
Wheaton, IL 60187


Jorge Lopez
612 Mansfield Way
Oswego, IL 60543


Josh Dillon
4 Briarcliff Rd.
Montgomery, IL 60538


Keycard Promotions
PO Box 1314
Osseo, MN 55311


Kimberly Baum
408 Beaver Court
Oswego, IL 60543


Labriola Bakery
5324 W. 123rd Place
Alsip, IL 60803


Lauren Blusiewicz
756 Pinehurst Ct.
Oswego, IL 60543


Lauren Lawson
626 Manhattan Circle
Oswego, IL 60543


Leticia Terrazas
89 Rockledge Drive
Romeoville, IL 60446


Lezza Desserts
4009 St. Charles Road
Bellwood, IL 60104


Lisa Zullo
18 N. Charles St.
Naperville, IL 60540

Lisa Zullo
18 N. Charles St.
Naperville, IL 60540


Lisa Zullo
18 N. Charles St.
Naperville, IL 60540


Lisa Zullo
18 N. Charles St
Naperville, IL 60540


Liturgical Publications, Inc
PO Box 510817
New Berlin, WI 53151


Maeghan Richmond
1705 Pontarelli Ct.
Aurora, IL 60504


Muzak
3318 Lakemont Blvd.
Fort Mill, SC 29708


Nicor Gas
PO Box 2020
Aurora, IL 60507


Nicor Gas
PO Box 2020
Aurora, IL 60507


NUCO2
PO Box 9011
Stuart, FL 34995


Oswego Currency
340 Douglas Road
Oswego, IL 60543


Oswegoland Park District
313 E. Washington St.
Oswego, IL 60543

Pam Sauter
2032 Farmington Lakes
Oswego, IL 60543


Performance Chemical & Supply
22137 S. Governers HWY
Richton Park, IL 60471


RJ Kuhn Plumbing
585 A RT 31
Oswego, IL 60543


Samantha Stavola
713 Richmond Drive
Oswego, IL 60543


Scott Signa
45 Whitney Way
Montgomery, IL 60538


Society Insurance
150 Camelot Drive
PO Box 1029


Southern Wine & Spirits
300 E. Crossroads Parkway
Bolingbrook, IL 60440


Suburban Chicago Newspapers
101 South River Street
Aurora, IL 60506


Supreme Lobster
220 E. North Avenue
Villa Park, IL 60181


Sysco Food
250 Wieboldt Drive
Des Plaines, IL 60016


Tre Soto
421 Newport
Oswego, IL 60543

W.T.S. Restaurants, Inc.
c/o Steve Zervakis
3219 Kathryn Ct.
Burr Ridge, IL


Waste Partners, LLC
PO BOX 862
Elburn, IL 60119


York Corrugated Container
120 West Lake Street
Glendale Heights, IL 60139