# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:             §
                   §
PETEY ZS INC.      §    Case No. 07-11498
                   §
                   §
_____Debtor(s)____§

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 06/27/2007 . The undersigned trustee was appointed on 06/27/2007 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 27,600.48 |
| Funds were disbursed in the following amounts: | | |
| Administrative expenses | | 1,049.05 |
| Payments to creditors | | 8,500.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 18,051.43 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 11/20/2007 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) (Page 1)

claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,510.05 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,510.05 , for a total compensation of $ 3,510.05 . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 126.11 , for total expenses of $ 126.11 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/16/2010      By:/s/BRENDA PORTER HELMS, TRUSTEE
                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TFR (9/1/2009) (Page 2)

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: | 07-11498 SQU | Judge: JOHN SQUIRES | | | Page: 1 |
|---|---|---|---|---|---|
| Case Name: | PETEY ZS INC. | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE | |
| For Period Ending: 01/13/10 | | | Date Filed (f) or Converted (c): | 06/27/07 (f) | |
| | | | 341(a) Meeting Date: | 08/14/07 | |
| | | | Claims Bar Date: | 11/20/07 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. MACHINERY, FIXTURES, AND BUSINESS E Trustee obtained court approval to sell the assets for $20,000; thereafter, Trustee received a second offer to purchase same assets for $27,500, which the first buyer matched and paid | 100,000.00 | 0.00 | | 27,500.00 | FA |
| 2. checking account | 100.00 | 0.00 | DA | 0.00 | FA |
| 3. SECURITY DEPOSITS | 2,700.00 | 0.00 | DA | 0.00 | FA |
| 4. domain name | Unknown | Unknown | DA | 0.00 | FA |
| 5. Village of Oswego liquor license | Unknown | Unknown | DA | 0.00 | FA |
| 6. Non perishable inventory | Unknown | Unknown | DA | 0.00 | FA |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 100.48 | Unknown |
| TOTALS (Excluding Unknown Values) | $102,800.00 | $0.00 | | $27,600.48 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/09    Current Projected Date of Final Report (TFR): 12/30/09

/s/    BRENDA PORTER HELMS, TRUSTEE
_____    Date: 01/13/10
BRENDA PORTER HELMS, TRUSTEE

PFORM1

Exhibit A

Ver. 15.06

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                                Page 1

| Case No: | 07-11498 -SQU |
|---|---|
| Case Name: | PETEY ZS INC. |
| Taxpayer ID No: | ******6150 |
| For Period Ending: | 01/13/10 |

| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | ******5868 Money Market - Interest Bearing |

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/01/07 | 1 | TWS Inc d/b/a Alfies Inn 425 Roosevelt Rd Glen Ellyn IL 60137 | sale of personal property | 1129-000 | 27,500.00 | | 27,500.00 |
| 10/31/07 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 15.26 | | 27,515.26 |
| 11/06/07 | 000101 | American Auction Associates Inc. | appraisal fee | 2990-000 | | 500.00 | 27,015.26 |
| 11/30/07 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 14.56 | | 27,029.82 |
| 12/31/07 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 12.92 | | 27,042.74 |
| 01/31/08 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 10.71 | | 27,053.45 |
| 02/07/08 | 000102 | Paychex 1000 E. Warrenville Rd.#200 Naperville IL 60563 | 2007 W-2s | 2990-000 | | 490.69 | 26,562.76 |
| 02/14/08 | 000103 | International Sureties Ltd 701 Polydras St New Orleans LA 70139 | trustee bond | 2300-000 | | 29.62 | 26,533.14 |
| 02/29/08 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 6.39 | | 26,539.53 |
| 03/31/08 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 6.27 | | 26,545.80 |
| 04/30/08 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 5.44 | | 26,551.24 |
| 05/30/08 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.36 | | 26,554.60 |
| 06/30/08 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.27 | | 26,557.87 |
| 07/31/08 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.37 | | 26,561.24 |
| 08/29/08 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.37 | | 26,564.61 |
| 09/30/08 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.27 | | 26,567.88 |
| 10/31/08 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.58 | | 26,570.46 |
| 11/28/08 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.17 | | 26,572.63 |
| 12/31/08 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.34 | | 26,573.97 |
| 01/30/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.22 | | 26,574.19 |
| 02/06/09 | 000104 | International Sureties Ltd | trustee bond | 2300-000 | | 28.74 | 26,545.45 |
| 02/27/09 | 7 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.20 | | 26,545.65 |
| 03/31/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.23 | | 26,545.88 |
| 04/30/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.58 | | 26,546.46 |
| 05/29/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.67 | | 26,547.13 |
| 06/30/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.66 | | 26,547.79 |
| 07/31/09 | 7 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.68 | | 26,548.47 |
| 08/31/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.68 | | 26,549.15 |
| 09/30/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.65 | | 26,549.80 |
| 10/30/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.67 | | 26,550.47 |
| 11/06/09 | 000105 | Shaw Guss, et al. | settlement of adversary | 4210-000 | | 8,500.00 | 18,050.47 |
| 11/30/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 18,050.97 |
| 12/31/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.46 | | 18,051.43 |

Total Of All Accounts    18,051.43

Exhibit B

PFORM24

Ver. 15.00

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-11498
Case Name: PETEY ZS INC.
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: BRENDA PORTER HELMS, TRUSTEE | $ 3,510.05 | $ 126.11 |
| Attorney for trustee: The Helms Law Firm, P.C.C. | $ 1,755.00 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: Richard L Hirsh & Assocaites, P.C. | $ 3,926.00 | $ 0.00 |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 53,003.82 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000004B | Illinois Department of Revenue | $ 16,203.00 | $ 0.00 |
| 000007 | Internal Revenue Service | $ 21,407.72 | $ 0.00 |
| 000009 | Eric Dehainaut | $ 424.42 | $ 381.62 |
| 000012 | Evaline Macak | $ 257.62 | $ 231.64 |
| 000017 | Kimberly Baum | $ 200.00 | $ 179.83 |
| 000018 | Jorge Lopez | $ 1,216.65 | $ 1,093.95 |
| 000019 | Alejandro Lopez | $ 339.33 | $ 305.11 |
| 000020 | Pam Sauter | $ 579.89 | $ 521.41 |
| 000021B | Illinois Department of Employment Security | $ 5,679.19 | $ 0.00 |
| 23 | Gina B. Krol, Trustee | $ 6,696.00 | $ 6,020.71 |

UST Form 101-7-TFR (9/1/2009) (Page 4)

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 143,157.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | ComEd Company | $ 734.40 | $ 0.00 |
| 000003 | Ciccone Food Products Inc | $ 13,000.00 | $ 0.00 |
| 000005 | Southern Wine & Spirits | $ 9,974.90 | $ 0.00 |
| 000006 | Fox Valley Fire and Safety | $ 114.50 | $ 0.00 |
| 000010 | Oswegoland Park District | $ 800.00 | $ 0.00 |
| 000015 | RJ Kuhn Plumbing | $ 8,533.33 | $ 0.00 |
| 22 | Gina B. Krol, Trustee | $ 110,000.00 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 1,174.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000004A | Illinois Department of Revenue | $ 1,014.00 | $ 0.00 |
| 000021A | Illinois Department of Employment Security | $ 160.00 | $ 0.00 |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.