# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
| --- | --- | --- |
| | § | |
| PETEY ZS INC. | § | Case No. 07-11498 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF COURT
219 S. DEARBORN STREET
CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 03/26/2010 in Courtroom 4016,
DuPage Judicial Center
505 N. County Farm Road
Wheaton IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/23/2010                                       By: Clerk of Court

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UST Form 101-7-NFR (9/1/2009) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| PETEY ZS INC. | § § § | Case No. 07-11498 |
| Debtor(s) | § § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 27,600.93 |
| and approved disbursements of | $ | 9,549.05 |
| leaving a balance on hand of[1] | $ | 18,051.88 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: BRENDA PORTER HELMS, TRUSTEE | $ 3,510.09 | $ 126.11 |
| Attorney for trustee: The Helms Law Firm, P.C.C. | $ 1,755.00 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) (Page 2)

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Charges: |  | $ | $ |
| Fees: |  | $ | $ |
| Other: | Richard L Hirsh & Assocaites, P.C. | $ 3,926.00 | $ 0.00 |
| Other: |  | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: |  | $ | $ |
| Attorney for: |  | $ | $ |
| Accountant for: |  | $ | $ |
| Appraiser for: |  | $ | $ |
| Other: |  | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 53,003.82 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000004B | Illinois Department of Revenue | $ 16,203.00 | $ 0.00 |
| 000007 | Internal Revenue Service | $ 21,407.72 | $ 0.00 |
| 000009 | Eric Dehainaut | $ 424.42 | $ 381.64 |
| 000012 | Evaline Macak | $ 257.62 | $ 231.65 |
| 000017 | Kimberly Baum | $ 200.00 | $ 179.84 |
| 000018 | Jorge Lopez | $ 1,216.65 | $ 1,094.00 |
| 000019 | Alejandro Lopez | $ 339.33 | $ 305.12 |
| 000020 | Pam Sauter | $ 579.89 | $ 521.43 |

UST Form 101-7-NFR (9/1/2009) (Page: 3)

Case 07-11498    Doc 56    Filed 02/24/10    Entered 02/26/10 23:31:14    Desc Imaged
                         Certificate of Service    Page 4 of 7


| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000021B | Illinois Department of Employment Security | $ 5,679.19 | $ 0.00 |
| 23 | Gina B. Krol, Trustee | $ 6,696.00 | $ 6,021.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 143,157.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | ComEd Company | $ 734.40 | $ 0.00 |
| 000003 | Ciccone Food Products Inc | $ 13,000.00 | $ 0.00 |
| 000005 | Southern Wine & Spirits | $ 9,974.90 | $ 0.00 |
| 000006 | Fox Valley Fire and Safety | $ 114.50 | $ 0.00 |
| 000010 | Oswegoland Park District | $ 800.00 | $ 0.00 |
| 000015 | RJ Kuhn Plumbing | $ 8,533.33 | $ 0.00 |
| 22 | Gina B. Krol, Trustee | $ 110,000.00 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 1,174.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000004A | Illinois Department of Revenue | $ 1,014.00 | $ 0.00 |
| 000021A | Illinois Department of Employment Security | $ 160.00 | $ 0.00 |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009) (Page 5)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: wepps                Page 1 of 2                   Date Rcvd: Feb 24, 2010
Case: 07-11498                 Form ID: pdf006            Total Noticed: 73


The following entities were noticed by first class mail on Feb 26, 2010.
db         +Petey Z's Inc.,   18 No. Charles St.,    Naperville, IL 60540-4969
aty        +Bradley S Covey,    Springer, Brown,Covey, Gaertner & Davis,    232 S Batavia Ave,
             Batavia, IL 60510-3169
aty        +Kent A Gaertner,    Springer, Brown, Covey, Gaertner & Davis,    400 S. County Farm Rd., Suite 330,
             Wheaton, IL 60187-4547
tr         +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,    3400 West Lawrence,
             Chicago, IL 60625-5104
11447786   +Alejandro Lopez,    612 Mansfield Way,   Oswego, IL 60543-4300
11447787   +Alexx Dunk,   386 Risen Star Lane,    Oswego, IL 60543-4033
11447788   +Anderson Pest Control,    219 West Diversey,    Elmhurst, IL 60126-1103
11447789   +Antonio Garcia,   1340 Kenilworth,    Berwyn, IL 60402-1234
11447790   +Aurora Ice Machine Rental,    8704 West 98th Place,    Palos Hills, IL 60465-1138
11447791   +Brian Graziano,   428 Camden,   Oswego, IL 60543-8045
11447792   +Carla Zanoni,   386 Risen Star Lane,    Oswego, IL 60543-4033
11447793   +Carlos Alemon,    735 Sexton Street,    Aurora, IL 60505-5134
11447794   +Chase Visa,   PO BOX 15153,    Wilmington, DE 19886-5153
11563633   +Ciccone Food Products Inc,    c/o Philip G Heitz,    2 N LaSalle  Ste 1100,
             Chicago, IL 60602-3791
11447795    Ciccone Foods,    40 West Fullerton Ave.,    Addison, IL 60101-3712
11447796    Clever Ideas, Inc.,    Two Prudential Plaza,    Suite #5300,    Chicago, IL 60601
11447798   +Danielle Debellis,    914 Pearl Street,    Aurora, IL 60505-5238
11447799   +Dell Financial Services,    PO Box 5292,    Carol Stream, IL 60197-5292
11447801   +Direct TV,    PO Box 60036,    Los Angeles, CA 90060-0036
11447802   +Ed Don,   2500 Harlem Ave.,    Riverside, IL 60546-1473
11447803   +Eric Dehainaut,   249 Grays Drive,    Oswego, IL 60543-7343
11447804   +Eric Koester,   14 Royce Road,    Oswego, IL 60543-9706
11447805   +Evaline Macak,    51 Royce Rd,    Oswego, IL 60543-9706
11447806   +Exxon Mobil,   Processing Center,    Des Moines, IA 50361-0001
11447807   +Filter Fresh Chicago,    36245 Treasury Center,    Chicago, IL 60694-6200
11447808   +Fox Valley Fire and Safety,    2730 Pinnacle Drive,    Elgin, IL 60124-7943
11447809   +Fox Valley Winery,    5600 Route 34,    Oswego, IL 60543-9169
11758456   +Gina B. Krol, Chapter 7 Trustee in Case 07-18618,    105 W. Madison St., Ste., 1100,
             Chicago, IL 60602-4600
12691024    Gina B. Krol, Trustee,    Cohen & Krol,    105 West Madison Street,    Suite 1100,
             Chicago, IL 60602-4600
11447810   +HFC,   618 S. Route 59,    Naperville, IL 60540-0937
11447811   +HRM Properties,    300 North Lake Street,    Montgomery, IL 60538-1288
11447812   +HRM Properties and Development LLC,    300 N. Lake St.,    Montgomery, IL 60538-1288
11447813  ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court:   Illinois Department of Revenue,    Bankruptcy Section Level 7-425,
             100 W. Randolph Street,    Chicago, IL 60602)
11447815  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court:   Internal Revenue Service,    ATTN: Centralized Insolvency,
             PO Box 21126,   Philadelphia, PA 19114)
12104821   +Illinois Department of Employment Security,    33 South State Street,
             Chicago, Illinois 60603-2808
11447814   +In the News,   8517 Sunstate Street,    Tampa, FL 33634-1311
11447816   +Isidoro Garcia,   2646 East Ave,    Berwyn, IL 60402-2749
11447817   +Jay Graziano,    428 Camden Circle,    Oswego, IL 60543-8045
11447818   +Jessica Young,    5 Crofton Road,    Oswego, IL 60543-8909
11447819   +John J McCluskey Jr.,    Attorney at Law,    1749 S. Naperville Rd., Ste. #103,
             Wheaton, IL 60189-5892
11447820   +Jorge Lopez,   612 Mansfield Way,    Oswego, IL 60543-4300
11447821   +Josh Dillon,    4 Briarcliff Rd.,    Montgomery, IL 60538-1914
11447822   +Keycard Promotions,    PO Box 1314,    Osseo, MN 55311-6314
11447823   +Kimberly Baum,    408 Beaver Court,    Oswego, IL 60543-8655
11447824   +Labriola Bakery,    5324 W. 123rd Place,    Alsip, IL 60803-3203
11447825   +Lauren Blusiewicz,    756 Pinehurst Ct.,    Oswego, IL 60543-8757
11447826   +Lauren Lawson,    626 Manhattan Circle,    Oswego, IL 60543-9805
11447827   +Leticia Terrazas,    89 Rockledge Drive,    Romeoville, IL 60446-1136
11447828   +Lezza Desserts,    4009 St. Charles Road,    Bellwood, IL 60104-1197
11447829   +Lisa Zullo,   18 N. Charles St.,    Naperville, IL 60540-4969
11447833   +Liturgical Publications, Inc,    PO Box 510817,    New Berlin, WI 53151-0817
11447834   +Maeghan Richmond,    1705 Pontarelli Ct.,    Aurora, IL 60504-5300
11447838   +NUCO2,   PO Box 9011,    Stuart, FL 34995-9011
11447839   +Oswego Currency,    340 Douglas Road,    Oswego, IL 60543-8979
11447840   +Oswegoland Park District,    313 E. Washington St.,    Oswego, IL 60543-8021
11447841    Pam Sauter,   2032 Farmington Lakes Dr,    Unit 3,    Oswego, IL 60543
11447842   +Performance Chemical & Supply,    22137 S. Governers HWY,    Richton Park, IL 60471-1249
11518043   +Peter Zullo,   18 N Charles St,    Naperville, IL 60540-4969
11447843   +RJ Kuhn Plumbing,    585 A RT 31,    Oswego, IL 60543-7907
11447844   +Samantha Stavola,    713 Richmond Drive,    Oswego, IL 60543-8669
11447845   +Scott Signa,   45 Whitney Way,    Montgomery, IL 60538-2026
11447847   +Southern Wine & Spirits,    300 E. Crossroads Parkway,    Bolingbrook, IL 60440-3516
11447848   +Suburban Chicago Newspapers,    101 South River Street,    Aurora, IL 60506-6005
11447849   +Supreme Lobster,    220 E. North Avenue,    Villa Park, IL 60181-1207
11447850   +Sysco Food,   250 Wieboldt Drive,    Des Plaines, IL 60016-3192
11447851   +Tre Soto,   421 Newport,   Oswego, IL 60543-8676
11447852   +W.T.S. Restaurants, Inc.,    c/o Steve Zervakis,    3219 Kathryn Ct.,    Burr Ridge, IL 60527
11447853   +Waste Partners, LLC,    PO BOX 862,    Elburn, IL 60119-0862
11447854   +York Corrugated Container,    120 West Lake Street,    Glendale Heights, IL 60139-4818
```

```
District/off: 0752-1          User: wepps              Page 2 of 2            Date Rcvd: Feb 24, 2010
Case: 07-11498                Form ID: pdf006          Total Noticed: 73

The following entities were noticed by electronic transmission (continued)

The following entities were noticed by electronic transmission on Feb 24, 2010.
11517716     +E-mail/Text: legalcollections@comed.com                             ComEd Company,
              Attn Revenue Management Dept,    2100 Swift Drive,   Oak Brook IL 60523-1559
11447797      E-mail/Text: legalcollections@comed.com                             Commonwealth Edison,
              Bill Payment Center,   Chicago, IL 60668-0001
11447835     +E-mail/Text: bankruptcyadministrator@muzak.com                      Muzak,
              3318 Lakemont Blvd.,   Fort Mill, SC 29708-8309
11447836     +E-mail/Text: bankrup@nicor.com                       Nicor Gas,   PO Box 2020,
              Aurora, IL 60507-2020
                                                                                             TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11447846      Society Insurance,   150 Camelot Drive,    PO Box 1029
aty*         +Brenda Porter Helms, ESQ,   The Helms Law Firm, P.C.,    3400 West Lawrence,
              Chicago, IL 60625-5104
11447800*    +Dell Financial Services,   PO Box 5292,    Carol Stream, IL 60197-5292
11758457*    +Gina B. Krol, Chapter 7 Trustee in Case 07-18618,   105 W. Madison St., Ste. 1100,
              Chicago, IL 60602-4600
11447832*    +Lisa Zullo,   18 N. Charles St,    Naperville, IL 60540-4969
11447830*    +Lisa Zullo,   18 N. Charles St.,    Naperville, IL 60540-4969
11447831*    +Lisa Zullo,   18 N. Charles St.,    Naperville, IL 60540-4969
11447837*    +Nicor Gas,   PO Box 2020,   Aurora, IL 60507-2020
                                                                                          TOTALS: 1, * 7

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 26, 2010**               **Signature:**     *Joseph Speetjens*